UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR PRO SE PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

ANTHONY W. VAUGHAN,

Inmate ID Number: # J20080,

(*Write your full name and inmate ID number.*)

v.

MIKESHIA PURIFOY,

_____,

_____,

(*Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.*)

Case No.: 3:24CV234-LC-ZCB
(*To be filled in by the Clerk's Office*)

**Jury Trial Requested?**
☐ YES  ☐ NO



PROVIDED TO
SANTA ROSA CI ON
MAY 21 2024
FOR MAILING BY

NDFL Pro Se 14 (Revised June 2022) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms

FILED USDC FLND PN
MAY 24 '24 AM 11:16

1

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: ANTHONY VAUGHAN   ID Number: # J20080

List all other names by which you have been known: ANTHONY WESLEY VAUGHAN.

Current Institution: SANTA ROSA (ANNEX)

Address: 5850 E. MILTON ROAD, MILTON, FLORIDA 32583

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: MIKESHIA PURIFOY

   Official Position: OFFICER

   Employed at: BLACKWATER CORRECTIONAL FACILITY

   Mailing Address: 5914 JEFF ATES ROAD, MILTON, FLA 32583

   ☑ Sued in Individual Capacity    ☐ Sued in Official Capacity

2. Defendant's Name: _____N/A_____

   Official Position: _____N/A_____

   Employed at: _____N/A_____

   Mailing Address: _____N/A_____

   _____N/A_____

   ☐ Sued in Individual Capacity     ☐ Sued in Official Capacity

3. Defendant's Name: _____N/A_____

   Official Position: _____N/A_____

   Employed at: _____N/A_____

   Mailing Address: _____N/A_____

   _____N/A_____

   ☐ Sued in Individual Capacity     ☐ Sued in Official Capacity

(*Provide this information for all additional Defendants in this case by attaching additional pages, as needed.*)

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)    ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee         ☐ Civilly Committed Detainee

☑ Convicted State Prisoner   ☐ Convicted Federal Prisoner

☐ Immigration Detainee       ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. **Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

1) ON FEB 12, 2024, AT BLACKWATER CORRECTIONAL FACILITY OFFICER (B. ANDERSON) WAS WORKING A DORM OFFICER STATION

2) OFFICER (ANDERSON) OPEN QUAD-6 WING DOOR TO ALLOW ME TO GO BACK TO MY ASSIGNED QUAD FOR AFTERNOON COUNT.

3) INMATE (RICKY LEGREE) DC# I31510, FOLLOWED ME OUT OF QUAD-6

4) WHILE I WAS WALKING BACK TO QUAD-5 INMATE (LEGREE) STRUCK ME IN THE BACK OF THE HEAD WITH A HOME MADE KNIFE.

5) I TOOK OFF RUNNING TRYING TO GET AWAY AS HE CHASED ME AND STABBED ME IN THE VESTIBULE.

6) I THEN FELL IN BETWEEN THE BARBERSHOP AND QUAD-6, AS INMATE (LEGREE) REPEATEDLY STABBED ME IN THE BACK, SHOULDER, NECK, ARM, AND STOMACH.

7) OFFICER (M. PURITOY) THEN ENTERED THE VESTIBULE AND I YELLED HELP ME! PLEASE! SPRAY HIM.

**Statement of Facts Continued** (*Page* 1 *of* 2)

8) OFFICER (M. PURIFOY) RESPONDED THAT AIN'T MY BUSINESS.

9) OFFICER (M. PURIFOY) LOOKED ON MOTIONLESS WHILE HOLDING HER OC SPRAY IN HER HAND (WHILE I CONTINUED TO BE ASSAULTED BY INMATE (LEGREE).

10) INMATE (LEGREE) FINALLY STOPPED HIS ASSAULT AND RAN TO THE OTHER SIDE OF THE VESTIBULE.

11) AT "NO" TIME DID OFFICER (MIKESHIA PURIFOY) ADMINISTER CHEMICAL AGENTS, AS REQUIRED BY HER JOB PROTOCOL IN CHAPTER 33.602.210 SUB-SECTION (X).

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

PLAINTIFF'S 8th AMENDMENT OF THE U.S. CONST. HAS BEEN VIOLATED BY DEFENDANT FOR FAILING TO RESPOND REASONABLY TO PROTECT PLAINTIFF FROM BEING ATTACKED BY VIOLENCE AT THE HANDS OF ANOTHER PRISONER.

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

(COMPENSATORY DAMAGES) IN THE AMOUNT OF $150,000.00 FOR PHYSICAL INJURY AND "PAIN AND SUFFERING" (PUNITIVE DAMAGES) IN THE AMOUNT OF $150,000.00 FOR VIOLATING PLAINTIFF'S 8th AMENDMENT RIGHT OF U.S. CONST. & JURY TRIAL ON ALL ISSUES TRIABLE BY JURY; PLAINTIFF'S COST IN THIS SUIT.

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII. PRIOR LITIGATION

*This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."* 28 U.S.C. § 1915(g).

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☑ YES   ☐ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date: 7/27/22   Case #: 3:19-CV-741-MMH-LLL
   Court: U.S. DISTRICT COURT, MIDDLE DISTRICT OF FLA.
   Reason: PETITIONER DID NOT ESTABLISH STRICKLAND PRONG

2. Date: N/A   Case #: N/A
   Court: N/A
   Reason: N/A

3. Date: N/A   Case #: N/A
   Court: N/A
   Reason: N/A

(*If necessary, list additional cases on an attached page*)

B. Have you filed other lawsuits or appeals in **state or federal court** dealing with the same facts or issue involved in this case?

☐ YES ☑ NO

If "Yes," identify the case number, parties, date filed, result (*if not still pending*), name of judge, and court for each case (*if more than one*):

1. Case #: __N/A__ Parties: __N/A__

   Court: __N/A__ Judge: __N/A__

   Date Filed: __N/A__ Dismissal Date (*if not pending*): __N/A__

   Reason: __N/A__

2. Case #: __N/A__ Parties: __N/A__

   Court: __N/A__ Judge: __N/A__

   Date Filed: __N/A__ Dismissal Date (*if not pending*): __N/A__

   Reason: __N/A__

(*If necessary, list additional cases on an attached page*)

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in **state or federal court** either challenging your conviction or relating to the conditions of your confinement?.

☑ YES    NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #: 3:19-CV-00741  Parties: STATE OF FLORIDA

   Court: U.S. MIDDLE DISTRICT  Judge: UNKNOWN

   Date Filed: 7/13/19  Dismissal Date (if not pending): 7/27/22

   Reason: DEFENDANT DID NOT ESTABLISH STRICKLAND PRONG

2. Case #: 16-2007CF-13829  Parties: STATE OF FLORIDA

   Court: CIRCUIT  Judge: TATIANA SALVADOR

   Date Filed: 7/23/  Dismissal Date (if not pending): 5/23/23

   Reason: CONSTRUED PETITION AS A MOTION FOR 3.850

3. Case #: 5D23-2232  Parties: STATE OF FLORIDA

   Court: 5th DISTRICT OF APPEAL  Judge: UNKNOWN

   Date Filed: 7/6/23  Dismissal Date (if not pending): UNKNOWN

   Reason: CONSTRUED AS UNTIMELY 3.850

4. Case #: N/A  Parties: N/A

   Court: N/A  Judge: N/A

   Date Filed: N/A  Dismissal Date (if not pending): N/A

   Reason: N/A

5. Case #: N/A  Parties: N/A

   Court: N/A  Judge: N/A

   Date Filed: N/A  Dismissal Date (if not pending): N/A

   Reason: N/A

6. Case #: _N/A_  Parties: _N/A_

   Court: _N/A_  Judge: _N/A_

   Date Filed: _N/A_  Dismissal Date (*if not pending*): _N/A_

   Reason: _N/A_

   (*Attach additional pages as necessary to list all cases.*)

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address and that my failure to do so may result in a dismissal of the action.

Date: 5/21/24  Plaintiff's Signature: _Anthony Vaughan_

Printed Name of Plaintiff: ANTHONY VAUGHAN

Correctional Institution: SANTA ROSA (MAIN UNIT)

Address: 5850 E. MILTON ROAD
MILTON, FLORIDA 32583

I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in the prison's mail system for mailing on the 21st day of MAY, 2024.

Signature of Incarcerated Plaintiff: _Anthony Vaughan_



