UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY W. VAUGHAN,
    Plaintiff,

vs.                                Case No.:  3:24cv234/LAC/ZCB

MIKESHIA PURIFOY,
    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on June 4, 2024. (Doc. 4). The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 4) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** as malicious, pursuant to 28 U.S.C. § 1915A(b)(1).

3. All pending motions are **DENIED as moot**.

4.	The Clerk of Court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 12th day of July, 2024.

                      _s/L.A. Collier_
                      **LACEY A. COLLIER**
                      **SENIOR UNITED STATES DISTRICT JUDGE**